## PENNSYLVANIA GLASS CO. v. FOEHRENBACH.

### WEST SIDE BANK v. FOEHRENBACH et al.

(City Court of New York, General Term. March 29, 1899.)

SUPPLEMENTARY PROCEEDINGS—RECEIVER—RIGHTS OF CREDITORS.

A judgment creditor, who has instituted supplementary proceedings, is not entitled to have a receivership for the debtor, created during the pendency of such proceedings at the instance of another creditor, on notice to the former creditor, vacated, but may have such receivership extended to protect his interests.

Appeals from special term.

In the matters of the Pennsylvania Glass Company and the West Side Bank, creditors of Michael Foehrenbach, for his examination. Application to vacate receivership denied, and the creditors appeal. Affirmed.

Argued before FITZSIMONS, C. J., and CONLAN and SCHUCHMAN, JJ.

A. S. Luria, for appellants.

Deyo, Duer & Bauerdorf, for respondents.

PER CURIAM. Orders affirmed, with costs. The order appointing Mr. Hyatt receiver was made after due notice to the judgment debtor and judgment creditors having proceedings pending. The only right which the Pennsylvania Glass Company had, after the appointment of such receiver, was to have such receivership extended so as to protect its interest. It was therefore proper for the special justice to deny its motion to vacate said receivership.